*Key* and *Harper*, for the plaintiff.

*Martin*, (Attorney General,) and *Shaaff*, for the defendant.

## GENERAL COURT, OCTOBER TERM, 1800.

### Cawood *vs.* Whetcroft, *Adm'r.* of Hanson.

This was an action of *assumpsit*. The writ issued on the 11th of January 1797, and the declaration contained sundry counts. The defendant pleaded several pleas, and amongst others, *non assumpsit intestatoris infra tres annos*. The plaintiff replied to this plea, that he did, within three years after the cause of action accrued, to wit, on the 1st of March 1784, for the recovery of the damages, &c. prosecute a writ of *capias ad respondendum* out of Charles county court, against the intestate, and the proceedings in the said action were set out, shewing that the same was referred to arbitrators in 1786, and that no award being returned, it was at the instance of the plaintiff, by order of the court, *struck off* in August 1796, and that the present suit was brought within one year afterwards, to wit, on the 11th of January 1797.   The defendant demurred to the replication; And

The act of limitations is a bar to an action brought within one year after a former action had been *struck off.*

The General Court ruled the demurrer good; and gave judgment for the defendant.

*Martin*, (Attorney General,) and *Ridgely*, for plaintiff.

*Kilty* and *Shaaff*, for defendant.